UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE E. KINSORA,

       Plaintiff,                                      Case No. 09-11507

v.                                                       Hon. Nancy G. Edmunds

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION [14]

This matter has come before the Court on the Magistrate Judge's July 23, 2010 Report and Recommendation, [Docket Text # 14]. Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's motion for summary judgement is GRANTED, Defendant's motion for summary judgment is DENIED, and the decision of the Commissioner is REVERSED. Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is hereby REMANDED to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

       SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: August 26, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 26, 2010, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager