UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE E. KINSORA,

        Plaintiff,                    Case No. 09-11507

v.                                       Hon. Nancy G. Edmunds

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [22]**

      This matter has come before the Court on the Magistrate Judge's April 18, 2011

Report and Recommendation.  (Dkt. 22.)  Being fully advised in the premises and having

reviewed the record and the pleadings, the Court hereby ACCEPTS and ADOPTS the

Magistrate Judge's Report and Recommendation. The Court therefore DENIES Plaintiff's

motion for attorney's fees pursuant to The Equal Access to Justice Act.

      SO ORDERED.

                                   s/Nancy G. Edmunds_____
                                   Nancy G. Edmunds
                                   United States District Judge

Dated:  June 2, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record
on June 2, 2011, by electronic and/or ordinary mail.

                                   s/Carol A. Hemeyer_____
                                   Case Manager